

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Section 641 |
| LOVESSA CORCORAN | ) | |
| | ) | |

**1:24-cr-00588**
**Judge: Matthew F. Kennelly**
**Magistrate Judge: Young B. Kim**
**RANDOM / CAT 5**

The SPECIAL JUNE 2024 GRAND JURY charges:

Beginning no later than in or around January 2020 and continuing through in or around February 2021, at Grayslake, in the Northern District of Illinois, Eastern Division, and elsewhere,

LOVESSA CORCORAN,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use or use of another, money of the United States, namely, approximately $31,428 in funds administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY